UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DR. KENNETH VALYO

    Plaintiff,

v.                                        Case No. 12-cv-448

ST. MARY'S DEAN VENTURES, INC.
and STEPHEN OLSON

    Defendants.

---

### ORDER OF DISMISSAL

---

Pursuant to plaintiff's motion under F.R.C.P 41(a)(2) this case is dismissed with prejudice and without costs to either side.

Dated: January 28, 2013        *Barbara B. Crabb*

                                       Honorable Barbara B. Crabb, U.S. District Judge